IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO VARGAS,<br><br>Defendant. | Case No.: CR 17–00560 HSG<br><br>ORDER CONVERTING AUGUST 16, 2023, STATUS HEARING RE: SUPERVISED RELEASE VIOLATION TO STIPULATED FACTS AND DISPOSITION HEARING |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status appearance on the Petition for Warrant for Person Under Supervision filed May 12, 2023 ("Form 12") in the above referenced case for defendant Francisco Vargas, currently scheduled for Wednesday, August 16, 2023, at 2:00 p.m. for status before Honorable Haywood S. Gilliam, Jr., is hereby converted to a stipulated facts and disposition hearing. The parties shall file a separate stipulation at least one week before the hearing, setting out the testimony that would have been presented had there been an evidentiary hearing which the parties stipulate supports a determination by the Court that the violation was committed by Mr. Vargas.

IT IS SO ORDERED.

Dated:      7/25/2023

_____
HON.  HAYWOOD S. GILLIAM, JR.
United States District Judge